

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2016

No. 04-16-00368-CR

Peter Mark **LEE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 493014
Honorable Genie Wright, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file their brief is granted. Appellant's brief is due on December 12, 2016. No further motions for an extension of time in which to file the brief will be considered.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October 2016.

Keith E. Hottle
Clerk of Court